IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shauna Hurles, et al.,            Case No. 3:23 CV 1986

          Plaintiffs,            O R D E R

-vs-

                                   JUDGE JACK ZOUHARY

Tiffin University,

          Defendant.

Following the In-Person Status Conference on October 23, 2024, counsel for Plaintiffs submitted, for in-camera review, correspondence between the Plaintiffs and between Shauna Hurles and Athletic Director Lonnie Allen. This Court has reviewed the text messages and determined some may be relevant, and potentially admissible, in this case. Those messages, relating to job performance, recruiting, new job searches, and the eventual terminations, are attached under seal.

     IT IS SO ORDERED.

                                           s/ *Jack Zouhary*
                                           JACK ZOUHARY
                                           U. S. DISTRICT JUDGE

                                           December 12, 2024