IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Shauna Hurles, et al., | Case No. 3:23 CV 1986 |
|         Plaintiffs, | O R D E R |
| -vs- | |
| Tiffin University, | JUDGE JACK ZOUHARY |
|         Defendant. | |

Zoom Status Conference held on January 10, 2025. Counsel present: Chris Liebold and Tod Thompson for Plaintiffs; Rachel Hazelet and Steven Seasly for Defendant.

This Court discussed with counsel the text message production (Doc. 28) and additional discovery. Jury Trial is set for **Tuesday, April 29, 2025**. This case is referred to Magistrate Judge Clay for a Mediation on **February 27, 2025**.

Counsel should complete key discovery before **March 2025**. Counsel should report to Chambers following Mediation to discuss discovery deadlines, as well as pretrial filing deadlines.

Finally, counsel should exchange letters regarding whether Plaintiffs' claim as a third-party beneficiary is viable; Defendant believes that claim can be dismissed as a matter of law.

IT IS SO ORDERED.

                                                                      s/ *Jack Zouhary*
                                                                    JACK ZOUHARY
                                                                    U. S. DISTRICT JUDGE

                                                                    January 14, 2025