IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shauna Hurles, et al.,                                    Case No. 3:23 CV 1986

        Plaintiffs,                              O R D E R

-vs-

                                                      JUDGE JACK ZOUHARY

Tiffin University,

        Defendant.

Counsel for Plaintiffs submitted, for in-camera review, additional correspondence between the Plaintiffs.  After review, this Court has determined these messages may be relevant, and potentially admissible, in this case.  The messages are attached under seal.

IT IS SO ORDERED.

                                                                            s/ *Jack Zouhary*
                                                                        JACK ZOUHARY
                                                                        U. S. DISTRICT JUDGE

                                                                        January 16, 2025