IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shauna Hurles, et al.,                                    Case No. 3:23 CV 1986

                Plaintiffs,                        <u>DISMISSAL ORDER</u>
     -vs-
                                                   JUDGE JACK ZOUHARY
Tiffin University,

                Defendant.

     A Zoom Conference was held on February 18, 2025. Joe Albrechta was present for Plaintiffs; Rachel Hazelet and Steven Seasly were present for Defendant.

     Counsel represent that this case has resolved. Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

     Further, any subsequent Dismissal with prejudice, or setting forth specific terms and conditions, filed within thirty (30) days, shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

     IT IS SO ORDERED.

                                                                                 s/ *Jack Zouhary*
                                                                      JACK ZOUHARY
                                                                      U. S. DISTRICT JUDGE

                                                                      February 18, 2025