**Approved.**

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| SHAUNA HURLES, *et al.*, | ) | CASE NO. 3:23-CV-1986 |
| | ) | |
| Plaintiffs, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| vs. | ) | **JOINT STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| TIFFIN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Court's order dated February 18, 2025, Plaintiffs Shauna Hurles and Alex Tozzie ("Plaintiffs") and Defendant Tiffin University ("Defendant") (collectively, the "Parties") hereby jointly stipulate that the above-captioned matter is dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Release between the Parties.

Jointly submitted,

| | |
|---|---|
| */s/ Tod J. Thompson (via email consent)* | */s/ Steven E. Seasly* |
| Joseph F. Albrechta (0008478) | Steven E. Seasly (0070536) |
| Christopher E. Liebold (0100602) | sseasly@hahnlaw.com |
| ALBRECHTA & LIEBOLD, LTD. | Rachel L. Hazelet (0097855) |
| 2228 Hayes Avenue, Suite A | rhazelet@hahnlaw.com |
| Fremont, Ohio 43420 | **HAHN LOESER & PARKS LLP** |
| (419) 332-9999—telephone | 200 Public Square, Suite 2800 |
| (419) 333-8147—facsimile | Cleveland, Ohio 44114 |
| jalbrechta@lawyer-ac.com | Phone: (216) 621-0150 |
| cliebold@lawyer-ac.com | Fax: (216) 241-2824 |
| | |
| Tod J. Thompson (0076446) | *Attorneys for Defendant Tiffin University* |
| 810 Sycamore Street, Floor Three | |
| Cincinnati, Ohio 45202 | |
| (513) 322-4348—Telephone | |
| (513) 263-9001—Facsimile | |
| tod@tthompsonlaw.com | |
| | |
| *Attorney for Plaintiffs Shauna Hurles and Alex Tozzie* | |

18594041

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2025 a true and accurate copy of the foregoing *Joint Stipulation of Dismissal with Prejudice* was filed electronically, which will send notice to all counsel of record.

> */s/ Steven E. Seasly*
> *One of the Attorneys for Defendant Tiffin University*

18594041